USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDY L. PINKHAM,

                              Plaintiff,

   -against-

                                                           No. 23 Civ. 10956 (NSR)
                                                                    ORDER

BERNARD RIVERS, et al,

                              Defendants.


NELSON S. ROMÁN, United States District Judge:

   Defendants Andre Frontis and Justin Velez have filed an Answer, dated January 23, 2024

(ECF No. 21) and Defendants Bernard Rivers and Kevin Donahue (with Frontis and Velez,

"Defendants") have also filed an Answer, dated February 14, 2024 to Candy L. Pinkham's

("Plaintiff") Complaint, dated December 19, 2023 (ECF No. 1). Thus, the Court waives the Initial

Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management

Plan and Scheduling Order (blank form attached hereto) by March 7, 2024. After review and

approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge

Victoria Reznik for general pretrial purposes. The parties are directed to contact Judge Reznik

within seven (7) business days of the date of the Order of Reference to schedule a conference.


                                        SO ORDERED.

Dated: February 15, 2024
       White Plains, New York

                                        _____
                                        Nelson S. Román, U.S.D.J.

UNITED STATES DISTRICT COURT                                          Rev. Jan. 2012
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x


                                                        **CIVIL CASE DISCOVERY PLAN**
                                  Plaintiff(s),         **AND SCHEDULING ORDER**

        - against -


                                  Defendant(s).         _____ CV _____ (NSR)


---------------------------------------------------------------x

  This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel,
pursuant to Fed. R. Civ. P. 16 and 26(f):

1.      All parties [consent] [do not consent] to conducting all further proceedings before a
        Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).  The
        parties are free to withhold consent without adverse substantive consequences.  (If all
        parties consent, the remaining paragraphs of this form need not be completed.)

2.      This case [is] [is not] to be tried to a jury.

3.      Joinder of additional parties must be accomplished by _____.

4.      Amended pleadings may be filed until _____.

5.      Interrogatories shall be served no later than _____, and responses
        thereto shall be served within thirty (30) days thereafter.  The provisions of Local Civil
        Rule 33.3 [shall] [shall not] apply to this case.

6.      First request for production of documents, if any, shall be served no later than
        _____.

7.      Non-expert depositions shall be completed by _____.

        a.      Unless counsel agree otherwise or the Court so orders, depositions shall not be
                held until all parties have responded to any first requests for production of
                documents.

        b.      Depositions shall proceed concurrently.

        c.      Whenever possible, unless counsel agree otherwise or the Court so orders, non-
                party depositions shall follow party depositions.

8.      Any further interrogatories, including expert interrogatories, shall be served no later than
        _____.

9.      Requests to Admit, if any, shall be served no later than _____.

10.     Expert reports shall be served no later than _____.

11.     Rebuttal expert reports shall be served no later than _____.

12.     Expert depositions shall be completed by _____.

13.     Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.     **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.     Any motions shall be filed in accordance with the Court's Individual Practices.

16.     This Civil Case Discovery Plan and Scheduling Order may not be changed without leave
        of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.     The Magistrate Judge assigned to this case is the Hon. _____.

18.     If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the
        Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this
        Order consistent therewith.

19.     The next case management conference is scheduled for _____, at
        _____. (The Court will set this date at the initial conference.)



SO ORDERED.

Dated:  White Plains, New York

        _____


                                                _____
                                                Nelson S. Román, U.S. District Judge