

**schwab gasparini**
ATTORNEYS AND COUNSELORS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/09/2024__

222 Bloomingdale Road
Suite 200
White Plains, NY 10605
P: (914) 304-4353
F: (914) 304-4378
www.schwabgasparini.com

Michael G. Del Vecchio, Esq.
Partner
Direct Dial: (914) 458-3792
mdelvecchio@schwabgasparini.com

**MEMO ENDORSED**

August 26, 2024

**Via ECF & Email to: RomanNYSDChambers@nysd.uscourts.gov**
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      **Re:** **Pinkham v. Rivers, et al.**
          **Docket No.:** 7:23-cv-10956-NSR
          **Our File:** 129.060

Dear Judge Roman:

    As you are aware, this office represents the Defendants, BERNARD RIVERS and KEVIN DONOHUE i/s/h/a KEITH DONOHUE in this matter.

    On August 13, 2024, the parties appeared before Magistrate Judge Reznik, at which time an extension of the discovery deadlines was granted pursuant to a Revised Civil Case Discovery Plan and Scheduling Order (Dkt. # 34). The deadline to complete all discovery is now January 31, 2025.

    In light of the extension of the discovery deadline, it is requested that the December 3, 2024 Case Management Conference before Your Honor be adjourned until sometime after the completion of discovery.

    Thank you for the Court's attention to this matter.

Very truly yours,

SCHWAB & GASPARINI, PLLC

By: _[signature]_
MICHAEL G. DEL VECCHIO
Partner

**In light of the extension of the discovery deadlines, Defts' request to adjourn the Status Teleconf is GRANTED. The Status teleconf. is adjourned from Dec. 3, 2024 to Feb. 28, 2025 at 11:00 am. The parties are directed to this Court's Order at ECF No. 29 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 35.**
**Dated: September 9, 2024**
      **White Plains, NY**
**SO ORDERED:**
_[signature]_
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

www.schwabgasparini.com
ALBANY | SYRACUSE | WHITE PLAINS | HUDSON VALLEY

MGD/ms

cc:  **Via ECF & Email to: sussman1@sussman.law**
SUSSMAN AND ASSOCIATES
*Attn: Michael H. Sussman, Esq.*
1 Railroad Avenue, Suite 3
P.O. Box 1005
Goshen, New York 10924

**Via ECF & Email lmmorgillo@orangecountygov.com**
RICHARD B. GOLDEN, ESQ.
County Attorney-Orange County
*Attn: Lisa M. Morgillo, Esq.*
255-275 Main Street
Goshen, New York 10924