**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CANDY PINKHAM,

                                    Plaintiff,

          -against-                                                    23 **CIVIL** 10956 (NSR)

                                                                       **JUDGMENT**

BERNARD RIVERS, KEITH DONOHUE, ANDRE
FRONTIS, JUSTIN VELEZ, JANE DOE,

                                    Defendants.
----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the

reasons stated in the Court's Opinion & Order dated February 17, 2026, Defendants'

Motion for Summary Judgment is GRANTED. Judgment is entered in favor of

Defendants Bernard Rivers, Keith Donohue, Andre Frontis, Justin Velez, and Jane Doe,

accordingly, the case is closed.

**Dated:** New York, New York
          February 19, 2026

                                                         TAMMI M. HELLWIG
                                                    _____
                                                         **Clerk of Court**

                                         BY: _____
                                                         **Deputy Clerk**